UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RAFIA LAWAL,

                        Plaintiff,

                        22 Civ. 4713 (LGS)

        -against-

                        ORDER

WOLVERINE WORLD WIDE, INC.,

                        Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 24, 2022, required the parties to file a proposed case management plan and joint letter by August 3, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for August 10, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **August 4, 2022, at 12:00 P.M.**

Dated: August 3, 2022
        New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE