## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAFIA LAWAL, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**WOLVERINE WORLD WIDE, INC.,**<br><br>**Defendant.** | **Civil Case Number:  1:22-cv-04713-LGS** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        October 4, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*

So Ordered.

Dated: October 5, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE